## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>*Plaintiffs.*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>*Defendants.* | Case No. 25-CV-10498 |

## NOTICE OF APPEARANCE

Please enter the appearance of Ivan Espinoza-Madrigal on behalf of Plaintiffs in the above-captioned action.

Respectfully submitted,

*/s/ Ivan Espinoza-Madrigal*
Ivan Espinoza-Madrigal (BBO # 708080)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
iespinoza@lawyersforcivilrights.org

Dated: March 3, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that March 3, 2025 a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                             */s/ Ivan Espinoza-Madrigal*
                                             Ivan Espinoza-Madrigal