**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE, | |
| Plaintiffs, | Civil Action No. 25-cv-10498 |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

I, Mirian Albert, herein respectfully request this Court note my appearance as counsel for Plaintiffs Haitian Americans United, Inc., Venezuelan Association of Massachusetts, UndocuBlack Network, Inc., Sydney Doe, Marlene Doe, Gustavo Doe, Natalia Doe, in the above-entitled action. I certify that I am admitted to practice in this Court and in good standing.


Dated:  March 3, 2025                    Respectfully submitted,

                                        */s/  Mirian Albert*
                                        Mirian Albert (BBO #710093)
                                        Lawyers for Civil Rights
                                        61 Batterymarch Street, 5th Floor
                                        Boston, MA 02110
                                        malbert@lawyersforcivilrights.org

**CERTIFICATE OF SERVICE**


I hereby certify that on March 3, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: March 3, 2025,

*/s/ Mirian Albert* _____
Mirian Albert (BBO #710093)