AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Haitian-Americans United Inc. et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-10498 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants.

Date: 03/05/2025

/s/ Anna L. Dichter
*Attorney's signature*

Anna L. Dichter NJ Bar 304442019
*Printed name and bar number*

United States Department of Justice
Ben Franklin Station
P.O. Box 868
Washington, DC 20044
*Address*

anna.l.dichter@usdoj.gov
*E-mail address*

(203) 353-2405
*Telephone number*

(202) 305-7038
*FAX number*