IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>                    Defendants. | Civil Action No. 25-cv-10498 |

## DECLARATION OF CARLINA VELASQUEZ

I, Carlina Velasquez, make this declaration based on my personal knowledge. I declare under penalty of perjury that the following is true and correct:

1. I am the President of the Venezuela Association of Massachusetts (VAM), which is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 208 Bridge Street, Dedham, MA 02026.

2. VAM is a member-based organization whose mission is to provide humanitarian aid to Venezuela, promote Venezuelan cultural values, and support its local Venezuelan community. VAM is dedicated to educating and informing the public on issues of relevance to Venezuelans, while also fostering connections and integration within the Venezuelan community across the nation. The organization works to address immediate needs and create a positive impact, striving to be a key resource for the growth and development of the Venezuelan

community, while extending its influence on other communities across the state.

3. VAM's services to our members range from informational sessions, assistance with employment, legal guidance on TPS, and assisting members with obtaining driver's licenses, adjustment of status, or asylum. VAM is also dedicated to providing support service for newly arrived Venezuelan immigrants in Massachusetts by providing assistance with basic necessities like clothing, food, and assistance with paying rent.

4. Over the past four years, VAM has partnered with *pro bono* immigration attorneys to host numerous legal clinics for our members, assisting members with TPS applications and Employment Authorization Document (EAD) renewals. In 2021, we served 179 members; in 2023, we helped 271 members; and in 2024, we assisted 116 members.

5. VAM has over 380 members across the nation, including in Massachusetts, Texas, Florida, and California. Of those members, a significant number are TPS beneficiaries from Venezuela. In order to become a member, interested parties must complete a questionnaire identifying their interests and needs, such as humanitarian efforts for Venezuelans in Venezuela, immigration services, basic necessities, or social events. Based on their responses, we tailor VAM's communications and outreach for relevant services.

6. The Trump Administration's rescission and termination of TPS for Venezuela have severely disrupted our ability to reach and support the community we serve. Attendance at our recent events has dropped significantly, as many members fear deportation and the escalating anti-immigrant climate. This fear has not only impeded our ability to provide essential education and services, but it has also fundamentally undermined our ability to engage with our members—a core component of our mission.

7. For instance, we were organizing our annual gala, scheduled for April 19, 2025. However, during outreach, members declined invitations, citing fears of potential immigration enforcement if by that time Venezuela's TPS designation has been terminated. With attendance projections plummeting, we had no choice but to cancel the event.

8. The rescission and termination of TPS for Venezuela would inflict severe harm on our members, jeopardizing their economic stability and their emotional and mental well-being, as well as that of their families.

9. For example, "Jaime Doe," a 35-year-old Venezuelan immigrant and VAM member, arrived in the United States in 2017 and obtained TPS status under the 2021 Venezuela Designation. Jaime was a doctor in Venezuela and now works as a caretaker at a hospice facility. He is worried that if he is stripped of his TPS protections, he will lose his employment and be at risk of deportation. As a healthcare professional, Jaime has contributed to improving the health and wellbeing of his community, including during the devastating COVID-19 pandemic and hopes to be able to continue doing so.

10. "Camila Doe," a 19-year-old Venezuelan immigrant and VAM member, arrived in the United States in 2020 and obtained TPS status under the 2023 Venezuela Designation. Camila is a high school student and is applying to colleges. Camila has applied to multiple academic scholarships and was told that without her TPS status, she will not be eligible for the programs. Camila is concerned that without renewing her TPS status, her educational opportunities will vanish.

11. "Carla Doe," a 46-year-old Venezuelan immigrant and VAM member, arrived in the United States in 2022 and obtained TPS under the 2023 Venezuela designation. She fled Venezuela due to government persecution and sought refuge in Colombia for seven years.

However, her continued advocacy for Venezuelan human rights made her a target once again, forcing her to seek true safety in the United States. Carla knows firsthand the Venezuelan regime's brutal reliance on torture and oppression. If forced to return, she fears for her life.

12. "Fernando Doe," a 40-year-old Venezuelan immigrant and VAM member, arrived in the United States in 2021 and obtained TPS in 2023. He and his wife, "Valeria," are parents to two U.S. citizen children: a two-month-old daughter born prematurely and a five-year-old son diagnosed with autism. Both children require extensive medical care. Fernando and Valeria fear that losing TPS could result in being separated from their children, or, if forced to return to Venezuela, they know the country's healthcare system would be unable to provide the comprehensive care their children need.

13. "Carolina Doe," a 57-year-old Venezuelan immigrant and VAM member, arrived in the United States in 2017. Carolina owns a restaurant in Somerville, MA which she opened in 2021 after receiving her first TPS approval. She fears losing her legal status, as her work permit is tied to her temporary social security number. Carolina is also concerned about the impact on her business, particularly as over three of her employees hold TPS and face similar uncertainties. Her restaurant serves more than 3,000 customers each weekend. If Carolina and her employees lose their status, they risk deportation, which could force the business to close and create financial hardship for their families, ultimately harming the local economy.

14. The widespread panic and distress in our community are justified—TPS protects over 600,000 Venezuelans nationwide, allowing them to live safely and work legally in the United States. TPS holders pay taxes, follow the law, and have done everything the government has required of them. Yet, they now find themselves under attack.

15. Many of our members with TPS are health care providers and home health aides—

former doctors and nurses in Venezuela—like Jaime. They served on the front lines during the COVID-19 pandemic, caring for patients and ensuring their survival. These skilled professionals take pride in their work and in contributing to the U.S. health care system. Stripping them of TPS would not only upend their lives but also deal a devastating blow to our already strained health care workforce.

16. Our members are deeply concerned about the emotional toll the Trump Administration's actions will have on their families, especially in light of the President's inflammatory remarks referring to Venezuelans as "criminals" and "animals." These statements have fueled fear and discrimination, leaving the Venezuelan community feeling stigmatized, excluded, and alienated in the country they now call home.

17. We strongly oppose the abrupt recission and subsequent termination of TPS for Venezuela, as it undermines fundamental principles of fairness, equality, and human dignity. Such a policy would not only harm individual families but also erode the social fabric and foundational values of the United States.

Signed under pains and penalty of perjury, this 4th day of March 2025.

*Carlina Velasquez*
Carlina Velasquez (Mar 4, 2025 16:13 EST)
Carlina Velasquez