IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-cv-10498 |

### DECLARATION OF NATALIA DOE

I, Mirian Albert, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts.

2. I am a Senior Attorney at Lawyers for Civil Rights and counsel for Plaintiffs Haitian Americans United, Inc. ("HAU"), Venezuelan Association of Massachusetts ("VAM"), UndocuBlack Network, Inc. ("UBN"), Sydney Doe, Marlene Doe, Gustavo Doe, and Natalia Doe.

3. I submit this declaration in support of Plaintiffs' Motion to Stay the Effective Date of DHS' Venezuela and Haiti Vacaturs and the 2025 Venezuela Termination.

1

4. Attached as **Exhibit 1** to this declaration is a true and correct copy of an NPR article by Maria Ramirez Uribe titled "PolitiFact FL: Trump Exaggerates Venezuelan Crime Drop and Misleads on Root Causes," published April 10, 2024.

5. Attached as **Exhibit 2** to this declaration is a true and correct copy of a The Marshall Project article titled "Fact-checking Over 12,000 of Donald Trump's Statements About Immigration," published October 21, 2024.

6. Attached as **Exhibit 3** to this declaration is a true and correct copy of a N.Y. Times article by Michael D. Shear & Julie Hirschfeld Davis titled "Stoking Fears, Trump Defied Bureaucracy to Advance Immigration Agenda," published December 23, 2017.

7. Attached as **Exhibit 4** to this declaration is a true and correct copy of a Washington Post article by Josh Dawsey titled "Trump Derides Protections for Immigrants from 'Shithole' Countries," published January 12, 2018.

8. Attached as **Exhibit 5** to this declaration is a true and correct copy of a N.Y. Times article by Trip Gabriel titled "Trump Escalates Anti-Immigrant Rhetoric With 'Poisoning the Blood' Comment," published October 5, 2023.

9. Attached as **Exhibit 6** to this declaration is a true and correct copy of a Washington Post article titled "Full Text: Donald Trump announces a presidential bid," published June 16, 2015.

10. Attached as **Exhibit 7** to this declaration is a true and correct copy of a Washington Post article by Katie Zezima titled "Trump on immigration: There are 'bad hombres' in the United States," published October 19, 2016.

11. Attached as **Exhibit 8** to this declaration is a true and correct copy of an NBC News article by Ginger titled "Trump Says Immigrants Are 'Poisoning the Blood of Our Country.' Biden Campaign Likens Comments to Hitler," published December 17, 2023.

12. Attached as **Exhibit 9** to this declaration is a true and correct copy of a screen grab of a YouTube video titled "Raheem Kassam Interviews Donald Trump," in September 2023. The video is available for viewing at: https://www.youtube.com/watch?v=v283kLQbe1M&t=89s. Approximately between the 1:34 to 1:45 minute mark, Defendant Trump states: "[I]t is a very sad thing for our country… it's poisoning the blood of our country …it's so bad and people are coming in with disease people are coming in with every possible thing that you can have."

13. Attached as **Exhibit 10** is a true and correct copy of a February 26, 2024 social media post by Defendant Noem on the X social medial platform using the handle "@KristiNoem," which is also available at https://x.com/KristiNoem/status/1762195636491825295.

14. Attached as **Exhibit 11** is a true and correct copy of a February 27, 2024 social media post by Defendant Noem on the X social medial platform using the handle "@KristiNoem," which is also available at https://x.com/KristiNoem/status/1762650522920652828.

15. Attached as **Exhibit 12** to this declaration is a true and correct copy of a CNN News article by Daniel Dale titled "Fact Check: Trump Makes False and Unsubstantiated Claims in Border Speech," published February 29, 2024.

16. Attached as **Exhibit 13** is a true and correct copy of a March 6, 2024 social media post by Defendant Noem on Instagram using the handle "@KristiNoem," which is also available at https://www.instagram.com/kristinoem/reel/C4ML17eRBYr/.

17. Attached as **Exhibit 14** to this declaration is a true and correct copy of a N.Y. Times article by Maggie Haberman & Michael Gold titled "Trump, at Fund-Raiser, Says He Wants Immigrants from 'Nice' Countries," published April 7, 2024.

18. Attached as **Exhibit 15** to this declaration is a true and correct copy of an NBC News article by Daniel Arkin & David Ingram titled "Trump pushes baseless claim about immigrants 'eating the pets,'" published September 10, 2024.

19. Attached as **Exhibit 16** to this declaration is a true and correct copy of an NPR article by Jasmine Garsd titled "The Stereotype of Immigrants Eating Dogs and Cats is Storied— And Vitriolic As Ever," published September 11, 2024.

20. Attached as **Exhibit 17** to this declaration is a true and correct copy of an NBC News article by Phil Helsel titled "More Than 30 Bomb Threats Made in Springfield, Ohio, After False Pets Claims," published September 16, 2024.

21. Attached as **Exhibit 18** to this declaration is a true and correct copy of an NBC News article by Jack Traylor titled "Trump Suggests Immigrants Have 'Bad Genes' in Latest Disparagement of Migrants," published October 7, 2024.

22. Attached as **Exhibit 19** to this declaration is a true and correct copy of a Politico article by Myah Ward titled "We Watched 20 Trump Rallies. His Racist, Anti-immigrant Messaging is Getting Darker," published October 12, 2024.

23. Attached as **Exhibit 20** to this declaration is a true and correct copy of a Washington Post article by Patrick Svitek titled "Trump Suggests 'Bad Genes' to Blame for Undocumented Immigrants Who Commit Murders," published October 7, 2024.

24. Attached as **Exhibit 21** to this declaration is a true and correct copy of a screen grab of a YouTube video titled "Donald Trump Delivers Remarks at Rally in Reading, PA,"

published on October 9, 2024. The video is available for viewing at: https://www.youtube.com/live/QuoT6T3fbU0?t=1791s. At approximately the 29:55 minute mark, Defendant Trump states: "In Venezuela, many countries, they're emptying their prisons into our country." At approximately the 30:07 minute mark, Defendant Trump states: "They (Venezuelans) take the criminal gangs from Caracas off the streets, and they bus them into the United States and drop them."

25. Attached as **Exhibit 22** to this declaration is a true and correct copy of a screen grab of a YouTube video titled "Trump Rally in Aurora, Colorado: FULL SPEECH," published on October 12, 2024. The video is available for viewing at: https://www.youtube.com/watch?v=_xguaneoZ5A. Approximately between the 41:00 to 41:54 minute marks, Defendant Trump states: "Every day Americans…are living in fear all because Kamala decided to empty the slums and prison cells of Caracas… and they deposit them into the United States bus after bus…and we have to live with these animals… but we're not going to live with them for long…" Approximately between the 43:15 to 43:27 minute marks, Defendant Trump states: "Venezuelan gangs and thugs and criminals and you know we're talking a lot about Venezuela because Aurora is really infected by Venezuela…" Approximately between the 1:00:44 the 1:00:56 timestamp, Defendant Trump states: "We will send elite squads of ICE border patrol and federal law enforcement officers to hunt down arrest and deport every last illegal alien…"

26. Attached as **Exhibit 23** to this declaration is a true and correct copy of a screen grab of a Fox and Friends video titled "DHS Sec. Noem Announces End to TPS for Venezuelan Migrants," published January 29, 2025. The video is available for viewing at: https://www.foxnews.com/video/6367942790112. At approximately the 0:51 minute mark, Defendant Noem characterized former DHS Secretary Mayorkas' extension as allowing

Venezuelan TPS recipients "to be able to stay here and violate our laws for another 18 months. And we stopped that." At approximately the 1:19 minute mark, Defendant Noem states: "The people of this country want these dirtbags out."

27. Attached as **Exhibit 24** is a true and correct copy of a January 28, 2025 social media post by Secretary Kristi Noem on the X social medial platform using the handle "@KristiNoem," which is also available at https://x.com/Sec_Noem/status/1884264039158800547.

28. Attached as **Exhibit 25** to this declaration is a true and correct copy of a NewNation article by Damita Menezes & Ali Bradley titled "Trump on Springfield Haitian Migrants: 'They Have to Be Removed,'" published October 2, 2024.

29. Attached as **Exhibit 26** to this declaration is a true and correct copy of a The New Republic article by Edith Olmstead titled "Trump Is Now Threatening All Immigrants, "Illegal" or Not," published October 9, 2024.

30. Attached as **Exhibit 27** to this declaration is a true and correct copy of a Brookings article by Vanessa Williamson & Isabella Gelfand titled "Trump and Racism: What do[es] the data say?," published August 14, 2019.

31. Attached as **Exhibit 28** to this declaration is a true and correct copy of the Chinese Temporary Protected Status Act of 1989, H.R. Rep. No. 101-245, 101st Cong., 1st Sess., at 9 (1989).

32. Attached as **Exhibit 29** to this declaration is a true and correct copy of the Congressional Record, 136 Cong. Rec. H8629-92, at 60 (daily ed. Oct. 2, 1990).

6

33. Attached as **Exhibit 30** to this declaration is a true and correct copy of a Brookings article by Megan Lebowitz & Jake Traylor titled "Trump compares migrants to Hannibal Lecter in 'The Silence of the Lambs,'" published March 4, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2024
Boston, MA

*Mirian Albert*
_____
Mirian Albert

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                /s/*Mirian Albert*
                                                Mirian Albert (BBO #710093)