# EXHIBIT 7

 This article was published more than **8 years ago**

*Democracy Dies in Darkness*

# Trump on immigration: There are 'bad hombres' in the United States

October 19, 2016



By Katie Zezima

Donald Trump, talking about immigration, said there are some "bad hombres" in the United States.

"We have some bad hombres here, and we're going to get them out," Trump said during the final presidential debate.

Building a wall along the U.S.-Mexico border has been a central tenet of Trump's campaign. Trump has said he wants to deport the 11 million undocumented immigrants in the country, but last month said he would prioritize the deportation of 5 million to 6.5 million people.

"One of my first acts will be to get all of the drug lords, all of the bad ones — we have some bad, bad people in this country that have to go out," Trump said. He argued that building a wall will help stem the tide of heroin into the United States, something experts said is unlikely.

Trump said once the border is secured, "we'll make a determination as to the rest."