# EXHIBIT 10

X

**Post**

**Kristi Noem**
@KristiNoem

Follow

Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let America's open border be the solution to their problem.

The tragic murder in Georgia proves that Biden's border policies are putting our kids in danger.

foxnews.com/us/ice-confirm...

2:19 PM · Feb 26, 2024 · **185.2K** Views

803 2.6K 8.3K 87

**Read 803 replies**

Don't miss what's happening
People on X are the first to know.

Log in **Sign up**

