# EXHIBIT 11

3/4/25, 12:55 PM    Kristi Noem on X: "Venezuela didn't send us their best. They emptied their prisons and sent criminals to America. Deportations need to start on D…

Case 1:25-cv-10498-RGS    Document 11-11    Filed 03/06/25    Page 2 of 2

