# EXHIBIT 13

3/4/25, 12:56 PM           Kristi Noem • Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America. The White House is… |  …

Case 1:25-cv-10498-RGS    Document 11-13    Filed 03/06/25    Page 2 of 2

Post



kristinoem • Follow
Original audio

kristinoem Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America.

The White House is facilitating this invasion. They're doing it on purpose. Joe Biden could stop it — but he hasn't.

51w

**13,554 likes**
March 6, 2024

Comments on this post have been limited.

More posts from kristinoem