# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Haitian-Americans United Inc. et al.,<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al.<br>*Defendant* | )<br>)<br>) Case No. 25-10498<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants, in their official capacities.

Date: 03/06/2025

/s/ William H. Weiland
*Attorney's signature*

William H. Weiland Mass. BBO #661433
*Printed name and bar number*

United States Department of Justice
Ben Franklin Station
P.O. Box 868
Washington, DC 20044
*Address*

william.h.weiland@usdoj.gov
*E-mail address*

(202) 305-0770
*Telephone number*

(202) 305-7000
*FAX number*