AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Haitian-Americans United Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10498-RGS |
| Donald J. Trump, el al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants                                                                 .

Date:   03/10/2025

/s/ Sarah L. Vuong
*Attorney's signature*

Sarah L. Vuong CA Bar 258528
*Printed name and bar number*

United States Department of Justice
Ben Franklin Station
P.O. Box 868
Washington, DC 20044

*Address*

sarah.l.vuong@usdoj.gov
*E-mail address*

(202) 305-1263
*Telephone number*

(202) 305-7038
*FAX number*