IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-cv-10498 |

**NOTICE OF RELATED ACTIONS**

Pursuant to this Court's April 16, 2014 Standing Order, Plaintiffs Haitian Americans United, Inc. ("HAU"), Venezuelan Association of Massachusetts ("VAM"), UndocuBlack Network Inc. ("UBN") and four individual Plaintiffs hereby give notice of the following related actions:

1. **Related Action(s) Information:**

    o **Case Name:** *National TPS Alliance et al., v. Kristi Noem et al.*, 25-cv-01766

    o **Forum:** U.S. District Court, Northern District of California

    o **Date of Commencement:** February 19, 2025

1

- o **Parties:**
    - Plaintiffs: National TPS Alliance; Mariela González; Freddy Jose Arape Rivas; M.H.; Cecilia Daniela González Herrera; Alba Cecilia Purica Hernández; E.R.; Hendrina Vivas Castillo.
    - Defendants: Kristi Noem; U.S. Department of Homeland Security ("DHS"); United States of America.
- o **Claims:** Lawsuit challenging DHS's 2025 Venezuela TPS Vacatur and Termination under the Administrative Procedure Act ("APA") and the Fifth Amendment's equal protection guarantee.
- o **Current Status/Disposition:** Pending
    - Hearing is scheduled on March 24, 2025 on Plaintiffs' Motion to Stay Agency Action (ECF No. 16).

2. **Related Action(s) Information:**
    - o **Case Name:** *CASA, Inc. et al., v. Kristi Noem et al.*, 25-cv-00525
    - o **Forum:** U.S. District Court, District of Maryland
    - o **Date of Commencement:** February 20, 2025
    - o **Parties:**
        - Plaintiffs: CASA, Inc.; Make the Road New York.
        - Defendants: Kristi Noem; U.S. Department of Homeland Security.
    - o **Claims:** Lawsuit challenging DHS's 2025 Venezuela TPS Vacatur and Termination under the Administrative Procedure Act ("APA") and the Fifth Amendment's equal protection guarantee and Due Process Clause.
    - o **Current Status/Disposition:** Pending

- On March 3, 2025, Plaintiffs filed a Motion for Partial Summary Judgment (ECF No. 8) and a Request for a Hearing/Request for Expedited Hearing on their Partial Summary Judgment Motion (ECF No. 25). On March 7, 2025, Defendants filed a Motion to Stay Plaintiffs' Motion and an Opposition to the Expedited Hearing Request (ECF No. 27). On March 11, 2025, Plaintiffs filed a Cross-Motion for a Stay of Agency Action (ECF No. 32).

In compliance with the Court's Standing Order, Plaintiffs acknowledge the continuing duty to inform this Court of any related actions. If Plaintiffs become aware that any related action is commenced or terminated, Plaintiffs will file a Supplemental Notice of Related Actions within fourteen (14) days of such event.

Dated: March 11, 2025                            Respectfully submitted,

/s/ *Mirian Albert*
Mirian Albert (BBO #710093)
Oren Sellstrom (BBO #569045)
Iván Espinoza-Madrigal (BBO # 708080)
Victoria Miranda (BBO #695913)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
malbert@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org
iespinoza@lawyersforcivilrights.org
vmiranda@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

        /s/*Mirian Albert*
    Mirian Albert (BBO #710093)