AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Haitian Americans United Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-10498-RGS |
| Donald J. Trump in ofc. cap., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump in ofc. cap. as President of the U.S.; U.S. Dept. of Homeland Sec.; Kristi Noem in ofc. cap.

Date: 03/11/2025

/s/ Eric Snyderman
*Attorney's signature*

Eric Michael Snyderman, Va. 99563
*Printed name and bar number*

Office of Immigration Litigation
Civil Division, U.S. Dep't of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
*Address*

eric.m.snyderman@usdoj.gov
*E-mail address*

(202) 742-7079
*Telephone number*

*FAX number*