UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN AMERICANS UNITED INC., et al )<br><br>Plaintiffs, )<br>v. )<br><br>DONALD J. TRUMP, et al )<br><br>Defendants. ) | C.A. No. 25-10498-RGS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Michael Sady on behalf of the Defendants.

                                    Respectfully submitted,

                                    LEAH B. FOLEY
                                    United States Attorney

               By:    */s/ Michael Sady*
                        MICHAEL SADY, BBO No. 552934
                        Assistant United States Attorney
                        United States Attorney's Office
                        John Joseph Moakley U.S. Courthouse
                        1 Courthouse Way - Suite 9200
                        Boston, MA  02210
                        (617) 748-3100
Dated: March 11, 2025          Michael.Sady@usdoj.gov