IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-cv-10498 |

**PLAINTIFFS' MOTION FOR HEARING DATE PRIOR TO APRIL 2, 2025**

Due to exigent circumstances, Plaintiffs Haitian Americans United, Inc. ("HAU"), Venezuelan Association of Massachusetts ("VAM"), UndocuBlack Network Inc. ("UBN") and the four individual Plaintiffs respectfully request that when the Court re-schedules the postponed hearing on Plaintiffs' pending Motion (ECF No. 9) that the hearing be scheduled on a date **prior to April 2, 2025**.

1.      Plaintiffs filed this action on March 3, 2025, challenging a series of actions by Defendants to roll back Temporary Protected Status ("TPS") for Venezuela and Haiti. ECF No. 1. The earliest of these actions, the 2025 Venezuela Vacatur, is scheduled to take effect on April 2, 2025.

1

2. On March 6, 2025, Plaintiffs filed a Motion Under 5 U.S.C. § 705 To Stay The Effective Date Of DHS' Venezuela and Haiti TPS Vacaturs and 2025 Venezuela Termination. ECF No. 9.

3. On March 10, 2025, the Court set a hearing on the Motion for March 25, 2025. ECF No. 13.

4. On March 11, 2025, Plaintiffs filed a Notice of Related Cases, bringing the Court's attention to two related cases, including one in the Northern District of California. ECF No. 15 (citing *National TPS Alliance et al., v. Kristi Noem et al.*, 25-cv-01766 (N.D. Cal. Feb. 19, 2025) ("*National TPS Alliance*")).

5. On March 11, 2025, the Court cancelled the hearing date on Plaintiffs' Motion, in deference to the scheduled hearing in *National TPS Alliance*, stating that "the court will postpone the hearing to a date to be announced." ECF No. 17.

6. When the Court selects a new hearing date, Plaintiffs respectfully request that it be for a date prior to April 2, 2025, when the 2025 Venezuela Vacatur is set to go into effect.

7. While the pending motion in the *National TPS Alliance* action seeks, *inter alia*, to stay the effective date of the 2025 Venezuela Vacatur, it is unknown at this point whether relief will be granted in that case, what the scope of relief may be, and whether the interests of Plaintiffs in this case will be protected.

8. If relief is not granted in the *National TPS Alliance case*, or is limited in scope, or otherwise does not protect Plaintiffs' interests, there will be only a narrow window before the Venezuela Vacatur takes effect on April 2, 2025.

9. As outlined in Plaintiffs' Complaint and in their pending Motion, if the Venezuela Vacatur takes effect as scheduled on April 2, 2025, Plaintiffs face irreparable harm, including the

imminent threat of deportation, loss of homes and livelihoods, family separation, and, in many cases, life-threatening dangers.

10. Given the urgency and severity of the impending harm, Plaintiffs respectfully request that when the Court reschedules the postponed hearing, that it do so for a date prior to April 2, 2025.

11. Plaintiffs' counsel has conferred with Defendants' counsel concerning this Motion. Defendants have stated that they do not oppose requesting that the Court reschedule the motion hearing, but due to other responsibilities and arguments within their office, they request a hearing date of April 4, 2025.

Dated: March 13, 2025    Respectfully submitted,

/s/ *Mirian Albert*
Mirian Albert (BBO #710093)
Oren Sellstrom (BBO #569045)
Iván Espinoza-Madrigal (BBO # 708080)
Victoria Miranda (BBO #695913)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
malbert@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org
iespinoza@lawyersforcivilrights.org
vmiranda@lawyersforcivilrights.org

## LOCAL RULE 7.1 CERTIFICATE

I certify that on March 12, 2025 and March 13, 2025, I communicated with Defendants' attorneys in order to meet and confer regarding this matter. We were unable to resolve the issue fully. Defendants' position is set forth in the Motion.

/s/*Mirian Albert*
Mirian Albert (BBO #710093)

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

/s/*Mirian Albert*
Mirian Albert (BBO #710093)