## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>                Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>                Defendants. | Civil Action No. 25-cv-10498 |

## NOTICE OF APPEARANCE

I, Oren Sellstrom, herein respectfully request this Court note my appearance as counsel for Plaintiffs Haitian Americans United, Inc; Venezuelan Association of Massachusetts; UndocuBlack Network, Inc.; Sydney Doe; Marlene Doe; Gustavo Doe; and Natalia Doe in the above-entitled action. I certify that I am admitted to practice in this Court and am in good standing.

Dated: March 13, 2025

Respectfully submitted,

*/s/ Oren Sellstrom*_____
Oren Sellstrom (BBO #569045)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
osellstrom@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                                             */s/ Oren Sellstrom*
                                                                           Oren Sellstrom (BBO #569045)