YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH L. VUONG (CA Bar 258528)
Assistant Director
WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel
ERIC SNYDERMAN (VA Bar 99563)
JEFFREY HARTMAN (WA Bar 49810)
ANNA DICHTER (NJ Bar 304442019)
LAUREN BRYANT (NY Bar No. 5321880)
CATHERINE ROSS (DC Bar 9007404)
LUZ MARIA RESTREPO (NY Bar 4907077)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-10498 |

**RESPONSE TO CLARIFY PLAINTIFFS' MOTION FOR HEARING DATE PRIOR TO APRIL 2, 2025**

On March 13, 2025, Plaintiffs Haitian Americans United, Inc. ("HAU"), Venezuelan Association of Massachusetts ("VAM"), UndocuBlack Network Inc. ("UBN") and

four individual Plaintiffs filed a Motion for Hearing Date Prior to April 2, 2025, based on the premise that the 2025 Vacatur of Temporary Protected Status (TPS) is set to go into effect prior to April 2, 2025. ECF No. 19, ¶ 6. Defendants Donald J. Trump, in his official capacity as President of the United States; the U.S. Department of Homeland Security (DHS); and Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, seek to clarify the timing of the 2025 Venezuela Vacatur and the 2025 Venezuela Termination. The 2025 Venezuela Vacatur was effective on February 3, 2025. *Vacatur of 2025 Temporary Protected Status Decision for Venezuela*, 90 Fed. Reg. 8,805 (Feb. 3, 2025) ("The vacatur is effective immediately."). Two days later, Secretary Noem issued a Federal Register Notice terminating the October 3, 2023 Designation of Venezuela for Temporary Protected Status. *Termination of the October 3, 2023 Designation of Venezuela for Temporary Protected Status*, 90 Fed. Reg. 9,040 (Feb, 5, 2025). The effective date of that determination is April 7, 2025. *2025 Venezuela Termination*, 90 Fed. Reg. at 9,041 ("The October 3, 2023 designation of Venezuela for TPS is terminated effective at 11:59 p.m., local time, on April 7, 2025."). The Notice explains that "[a]fter April 7, 2025, nationals of Venezuela (and aliens having no nationality who last habitually resided in Venezuela) who have been granted TPS under the 2023 Venezuela designation will no longer have TPS." *Id.* Thus, while Defendants do not oppose the request that the Court reschedule the motion hearing, they posit that any hearing before April 7, 2025 would be appropriate. As noted in Plaintiffs' Motion, due to other responsibilities and arguments within our office, Defendants request a hearing date of April 4, 2025.

Dated: March 14, 2025        Respectfully submitted,

                                      YAAKOV M. ROTH
                                      Acting Assistant Attorney General
                                      Civil Division

WILLIAM H. WEILAND (Mass. Bar 661433)
Senior Litigation Counsel

ERIC SNYDERMAN (VA Bar 99563)
ANNA DICHTER (NJ Bar 304442019)
LAUREN BRYANT (NY Bar No. 5321880)
CATHERINE ROSS (DC Bar 9007404)
LUZ MARIA RESTREPO (NY Bar 4907077)
Trial Attorneys

/s/ *Sarah L. Vuong*
SARAH L. VUONG
(CA Bar. 258528)
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-1263
Sarah.L.Vuong@usdoj.gov

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF.

Dated: March 14, 2025

                                            */s/ Sarah L. Vuong*  
                                            SARAH L. VUONG