UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Case No. 25-cv-10498 |

**DEFENDANTS'** *ASSENTED-TO* **MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES AND LEAVE FOR PLAINTIFFS TO FILE A REPLY**

Defendants, Donald J. Trump, in his official capacity as President of the United States, U.S. Department of Homeland Security ("DHS"), and Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, through undersigned counsel, hereby respectfully move this Court to allow Defendants to exceed the page length limitation set by Local Rule 7.1(b)(4) by no more than nine pages for Defendants' Opposition to Plaintiffs' Motion to Stay the Effective Date of DHS's Venezuela and Haiti Temporary Protected Status ("TPS") Vacaturs and 2025 Venezuela Termination. The Parties also respectfully move this Court to allow for Plaintiffs to file a reply, not to exceed 20 pages, by March 27, 2025.

On March 3, 2025, Plaintiffs filed a Complaint alleging that DHS and Secretary Noem violated the Administrative Procedure Act ("APA"), and that all Defendants violated the Equal Protection Clause of the Fifth Amendment, in vacating the prior extension of TPS for Venezuela granted by former Secretary Mayorkas, in subsequently terminating TPS for Venezuela, and in vacating the prior extension of TPS for Haiti granted by former Secretary Mayorkas. ECF No. 1.

1

On March 6, 2024, Plaintiffs filed a Motion to Stay the Effective Date of DHS' Venezuela and Haiti Temporary Protected Status Vacaturs and 2025 Venezuela Termination. ECF No. 9.

Local Rule 7.1(b)(4) requires that an opposition to a motion shall not, without leave of the court, exceed 20 pages double-spaced. To adequately respond to Plaintiffs' claims, Defendants request no more than nine pages beyond the twenty-page limit set by Local Rule 7.1(b)(4). The additional pages are necessary to respond to Plaintiffs' serious allegations of unlawful conduct by the United States' government and set forth full argument in support of the government's Opposition.

Additionally, Plaintiffs request, and Defendants do not oppose, leave to file a reply in support of their Motion, not to exceed 20 pages, due by March 27, 2025.

The Parties have conferred and assent to the relief sought in this motion.

Dated: March 18, 2025
                Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

SARAH L. VUONG
Assistant Director

WILLIAM H. WEILAND
Senior Litigation Counsel

ERIC SNYDERMAN
LAUREN BRYANT
CATHERINE ROSS
LUZ MARIA RESTREPO
Trial Attorneys

/s/ *Anna L. Dichter*
ANNA L. DICHTER
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-2405
Anna.l.dichter@usdoj.gov

*Attorneys for the Defendants*

**CERTIFICATE OF SERVICE**

      I, Anna L. Dichter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  March 18, 2025                By:    */s/ Anna L. Dichter*
                                                      Anna L. Dichter
                                                      Trial Attorney

## **LOCAL RULE 7.1 CERTIFICATION**

    I, Anna L. Dichter, hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs have been consulted regarding this Motion and have assented to the relief requested herein.

Dated:  March 18, 2025                                         By:      */s/ Anna L. Dichter*
                                                                             Anna L. Dichter
                                                                             Trial Attorney