AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Haitian Americans United Inc, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10498 |
| Donald J. Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All named defendants.

Date:   03/19/2025

/s/ Jeffrey M. Hartman
*Attorney's signature*

Jeffrey M. Hartman (WSBA 49810)
*Printed name and bar number*
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

*Address*

Jeffrey.M.Hartman@usdoj.gov
*E-mail address*

(202) 598-3052
*Telephone number*

(202) 305-7000
*FAX number*