AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Haitian-Americans United Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10498-RGS |
| Donald J. Trump, el al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants, in their official capacities.

Date: 03/19/2025

/s/ Luz Maria Restrepo
*Attorney's signature*

Luz Maria Restrepo (NY Bar 4907077)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
*Address*

luz.maria.restrepo@usdoj.gov
*E-mail address*

(202) 598-2443
*Telephone number*

(202) 353-7000
*FAX number*