IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>　　　　　　　Defendants. | Civil Action No. 25-cv-10498 |

**NOTICE OF APPEARANCE**

　　I, Victoria S. Miranda, herein respectfully request this Court note my appearance as counsel for Plaintiffs Haitian Americans United, Inc; Venezuelan Association of Massachusetts; UndocuBlack Network, Inc.; Sydney Doe; Marlene Doe; Gustavo Doe; and Natalia Doe in the above-entitled action. I certify that I am admitted to practice in this Court and am in good standing.

Dated: March 24, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Victoria S. Miranda*
　　　　　　　　　　　　　　　　　　　　　　Victoria S. Miranda (BBO #695913)
　　　　　　　　　　　　　　　　　　　　　　Lawyers for Civil Rights
　　　　　　　　　　　　　　　　　　　　　　61 Batterymarch Street, 5th Floor
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　vmiranda@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                                    */s/ Victoria S. Miranda*
                                                                    Victoria S. Miranda (BBO #695913)