UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:25-cv-10498-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as an attorney for the proposed amicus curiae, the Commonwealth of Massachusetts, in the above-entitled matter.

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS

By and through its attorneys,

ANDREA JOY CAMPBELL
Attorney General for the Commonwealth of Massachusetts

 /s/ *Hannah C. Vail*
Hannah C. Vail, BBO # 698577
*Assistant Attorney General, Trial Division*
1 Ashburton Pl.
Boston, MA 02108
617-963-2512
hannah.vail@mass.gov

1

## CERTIFICATE OF SERVICE

    I, Hannah C. Vail, hereby certify that I have this day, March 25, 2025, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties.

                                                   */s/ Hannah C. Vail*
                                                     Hannah C. Vail