AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Haitian-Americans United Inc. et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-10498 |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all federal defendants, in their official capacities.

Date:   03/27/2025

/s/ Lauren E. Bryant
*Attorney's signature*

Lauren Bryant 5321880
*Printed name and bar number*
PO Box 868 Ben Franklin Station
Washington, DC 20044

*Address*

lauren.e.bryant@usdoj.gov
*E-mail address*

(202) 305-0134
*Telephone number*

(202) 305-7000
*FAX number*

Print   Save As...   Reset