IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-cv-10498 |

## DECLARATION OF MIRIAN ALBERT

I, Mirian Albert, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts.

2. I am a Senior Attorney at Lawyers for Civil Rights and counsel for Plaintiffs Haitian Americans United, Inc. ("HAU"), Venezuelan Association of Massachusetts ("VAM"), UndocuBlack Network, Inc. ("UBN"), Sydney Doe, Marlene Doe, Gustavo Doe, and Natalia Doe.

3. I submit this declaration in support of Plaintiffs' Reply in Support of Their Motion to Stay the Effective Date of DHS' Venezuela and Haiti Vacaturs and the 2025 Venezuela Termination.

1

4. Attached as **Exhibit A** to this declaration is a true and correct copy of the Transcript of Proceedings for the related case *National TPS Alliance et al. v, Noem et al.*, 25-cv-01766 (N.D. Cal. 2025).

5. Attached as **Exhibit B** to this declaration is a true and correct copy of a Demonstrative Timeline laying out all of Defendants Trump's and Defendants Noem's derogatory statements about Black and Latino immigrants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2024
Boston, MA

*Mirian Albert*
_____
Mirian Albert

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

      /s/*Mirian Albert*
      Mirian Albert (BBO #710093)