# EXHIBIT B

## 2015

**Trump equated Latino immigrants from Mexico with rapists**

Thank you. It's true, and these are the best and the finest. When Mexico sends its people, they're not sending their best. They're not sending you. They're not sending you. They're sending people that have lots of problems, and they're bringing those problems with us. They're bringing drugs. They're bringing crime. They're rapists. And some, I assume, are good people.

## 2016

**Trump talked about getting "bad hombres" out**

"We have some bad hombres here, and we're going to get them out," Trump said during the final presidential debate.

## 2017

**Trump stated they [Haitian people] "all have AIDS".**

Haiti had sent 15,000 people. They "all have AIDS," he grumbled, according to one person who attended the meeting and another person who was briefed about it by a different person who was there.

## 2018

**Trump referred to countries designated for TPS as "shithole Countries"**

President Trump grew frustrated with lawmakers Thursday in the Oval Office when they discussed protecting immigrants from Haiti, El Salvador and African countries as part of a bipartisan immigration deal, according to several people briefed on the meeting.

"Why are we having all these people from shithole countries come here?" Trump said, according to these people, referring to countries mentioned by the lawmakers.

## 2023

1. **Trump said immigrants are turning out to be horrendous**

   Countries are sending bad people to the US vis the diversity visa lottery and they want to kill you. "We pick out people. Then they turn out to be horrendous. And we don't understand why. They're not giving us their best people, folks [...] I don't want people who drive a car at 100 miles an hour

2. **Trump said immigrants were "poisoning the blood of the country."**

   from, and we know they come from prisons. We know they come from mental institutions and insane asylums. We know they're terrorists. Nobody has ever seen anything like we're witnessing right now. It is a very sad thing for our country. It's poisoning the blood of our country. It's so bad, and people are coming in with

**2/26/2024**

**Noem** tweeted that "Nations like Venezuela are emptying their prisons of dangerous criminals"

> **Kristi Noem** @KristiNoem
>
> Nations like Venezuela are emptying their prisons of dangerous criminals to send them to America. They are happy to let America's open border be the solution to their problem.

**2/27/2024**

**Noem** tweeted that Venezuela sent criminals to America and that "Deportations need to start on DAY ONE"

> **Kristi Noem** @KristiNoem
>
> Venezuela didn't send us their best. They emptied their prisons and sent criminals to America.
>
> Deportations need to start on DAY ONE of @realDonaldTrump's term.
>
> **Fox News** @FoxNews · Feb 26, 2024
> Venezuelan migrant illegally in US charged for sexual assault against minor in Virginia trib.al/QAzB0dQ



**2/29/2024**

**Trump** claimed that immigrants were coming from jails and mental institutions to America

After claiming that "they're coming from jails and they're coming from prisons and they're coming from mental institutions and they're coming from insane asylums," Trump added, "You know, I know many of the leaders of these other countries that are doing it." He said moments later, "You look at the jails now – you look at the jails throughout the region but more importantly throughout the world, they're emptying out, because they're dumping them into the United States."

**3/04/2024**

**Trump** compared immigrants to Hanibal Lecter

"They're rough people, in many cases from jails, prisons, from mental institutions, insane asylums," he said of migrants who enter the country unlawfully. "You know, insane asylums, that's 'Silence of the Lambs' stuff."

"Hannibal Lecter, anybody know Hannibal Lecter?" he added to audience laughter during a lengthy interview with Right Side Broadcasting Network at his Mar-a-Lago estate in Palm Beach, Florida. "We don't want 'em in this country."

**3/06/2024**

Noem tweeted that Venezuelans were emptying their prisons and mental institutions into America and that the White House is complicit in it.



Kristi Noem
@KristiNoem

Countries like Venezuela are emptying their prisons, their mental institutions, and sending them to America.

The White House is facilitating this invasion. They're doing it on purpose. Joe Biden could stop it — but he hasn't.

**4/06/2024**

Trump stated he wanted immigrants from "nice countries."

He then appeared to refer to an episode during his presidency when he drew significant criticism after an Oval Office meeting with federal lawmakers about immigration during which he described Haiti and some nations in Africa as "shithole countries," compared with places like Norway.

"And when I said, you know, Why can't we allow people to come in from nice countries, I'm trying to be nice," Mr. Trump said at the dinner, to chuckles from the crowd. "Nice countries, you know like Denmark, Switzerland? Do we have any people coming in from Denmark? How about Switzerland? How about Norway?"



**9/10/2024**

Trump claimed that Haitian immigrants were eating pets of US residents.

Former President Donald Trump, during Tuesday's presidential debate, repeated a baseless and sensationalist claim about Haitian immigrants in Ohio eating dogs and other pets.

"They're eating the dogs, the people that came in, they're eating the cats," Trump said during an answer to a question about immigration. "They're eating the pets of the people that live there, and this is what's happening in our country, and it's a shame."

**7/01/2024**



Secretary Mayorkas issued a notice extending TPS for Haiti from August 4, 2024, to February 3, 2026

Temporary Protected Status (TPS) for Haiti Extended and Redesignated for 18 Months; Certain Employment Authorization Documents (EADs) Automatically Extended Through Aug. 3, 2025

Secretary of Homeland Security Alejandro Mayorkas extended and redesignated Haiti for TPS for 18 months, from Aug. 4, 2024, through Feb. 3, 2026.

**10/07/2024**

**Trump** made comments about murdering immigrants being in the country

"When you look at the things that she proposes, they're so far off she has no clue. How about allowing people to come to an open border, 13,000 of which were murderers," he said, referring to the vice president's immigration proposals.

"Many of them murdered far more than one person, and they're now happily living in the United States," he added. "You know, now a murderer, I believe this, it's in their genes. And we got a lot of bad genes in our country right now. They left, they had 425,000 people come into our country that shouldn't be here, that are criminals."

**10/09/2024**

**Trump** made comments at a rally about Venezuela dumping their prisons and gang members into US



head of, I want to name countries, but they're all friends of mine in one way or the other. I know most of them, almost all of them. But if I were doing that, I would've done it even faster than them. In Venezuela in many countries, they're emptying their prisons into our country. Because Venezuela has only gone about 50%, I would've had it down to 100%. Why wouldn't I? Do you know the money they save and the turmoil they save when they take the criminal gangs from Caracas off the streets and they bus them into the United States and drop them? And do you think anything's going to happen That's going to be good

**9/10/2024**

**Trump** blamed Kamala for allowing gang members into the US and talked about deporting "illegal aliens"

Kamala Harris decided to empty the slums and prison cells of Caracas and many other places happening all over the world.

aign. Thereby guaranteeing unfettered access for Venezuelan gangs and thugs and criminals. And, you know, we're talking a lot about Venezuela because Aurora is infected by Venezuela, but they're coming from all countries, all countries.

We're a country in tremendous distress. We're a failing country. We're laughed at all over the world. We will send elite squads of ICE, Border Patrol, and federal law enforcement officers to hunt down, arrest, and deport every last illegal alien gang member until there is not a single one left in this country.

## 10/02/2024

**Trump** said he would revoke TPS status of Haitians

"Springfield is such a beautiful place. Have you seen what's happened to it? It's been overrun. You can't do that to people. I'd revoke (the protected status), and I'd bring (the migrants) back to their country."

"You have to remove the people, and you have to bring them back to their own country. They are, in my opinion, it's not legal," Trump said in an interview with NewsNation.

Trump, asked if he would revoke the migrants' Temporary Protected Status, said, "Absolutely. I'd revoke it, and I'd bring them back to their country."

## 10/08/2024

**Trump** said Haitians were ruining towns and would soon ruin the state.

"I mean, look at Springfield where 30,000 illegal immigrants are dropped, and it was—they may have done it through a certain little trick, but they are illegal immigrants as far as I'm concerned. They're destroying the towns, they're destroying the whole—they'll end up destroying the state!" he ranted.

## 1/20/2025

**Trump was sworn in as President**

## 1/25/2025

**Noem was sworn in as Secretary of DHS.**

## 1/17/2025

Secretary Mayorkas extended Venezuela TPS from April 3, 2025, to October 2, 2026

Through this notice, the Department of Homeland Security (DHS) announces that the Secretary of Homeland Security (Secretary) is extending the 2023 designation of Venezuela for Temporary Protected Status (TPS) for 18 months, beginning on April 3, 2025, and ending on October 2, 2026. Existing TPS beneficiaries who wish to extend their status through October 2, 2026, must re-register during the re-registration period described in this notice.

**1/28/2025**

**Noem** posted a video on X supporting ICE in getting rid of the "dirtbags"



7 AM in NYC. Getting the dirt bags off the streets.

**1/29/2025**

**Noem** stated that America wanted "these dirtbags" out of the country on "Fox and Friends"

The Venezuelan gang Tren de Aragua, which Trump first referenced with Aurora, Colorado, last summer, has been a key target of the Immigration and Customs Enforcement raids this week.

"The people of this country want these dirtbags out," Noem said of the gang on "Fox and Friends" Wednesday morning.

**2/03/2025**

**Noem** published a "vacatur" of the 2025 Venezuela TPS extension

Through this notice, the Department of Homeland Security (DHS) announces that the Secretary of Homeland Security (Secretary) has decided to vacate the January 10, 2025, decision of former Secretary of Homeland Security Alejandro Mayorkas regarding TPS for Venezuela. Former Secretary Mayorkas

**2/05/2025**

**DHS** published notice in the Federal Register terminating Venezuela's 2023 Designation

Venezuela for TPS is set to expire on April 2, 2025. After reviewing country (print page 9041) conditions and considering whether permitting Venezuelan nationals covered by the 2023 designation is contrary to the national interest of the United States, in consultation with the appropriate U.S. Government agencies, the Secretary of Homeland Security has determined that Venezuela no longer continues to meet the conditions for the 2023 designation. In particular, the Secretary has determined it is contrary to the national interest to permit the covered Venezuelan nationals to remain temporarily in the United States. The Secretary therefore is terminating the 2023 TPS designation of Venezuela. This

**2/20/2025**

**Trump Administration** announced a "partial vacatur" of the 2024 Haiti Extension

WASHINGTON – Today, Secretary Noem vacated a decision by the previous administration to extend Haiti's Temporary Protect Status (TPS) by 18 months. As part of this move, Haiti's TPS will end on August 3, 2025, unless extended. This is part of President Trump's promise to rescind policies that were magnets for illegal immigration and inconsistent with the law.