AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Haitian Americans United Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10498 |
| President Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all federal Defendants in their official capacities.

Date:   03/28/2025

/s/ Amanda B. Saylor
*Attorney's signature*

Amanda B. Saylor (FL Bar #1031480)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
*Address*

Amanda.B.Saylor@usdoj.gov
*E-mail address*

(202) 598-6837
*Telephone number*

(202) 532-7000
*FAX number*