IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>                  Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>                  Defendants. | Civil Action No. 25-cv-10498 |

## AFFIDAVIT OF SERVICE

1. I am over the age of eighteen and am not a party to this litigation.

2. On March 6, 2025, I sent a copy of all Summonses and Complaint for the above-captioned matter by certified mail to each of the Defendants and the United States Attorney General at the following addresses:

   a. Defendant Donald J. Trump
      1600 Pennsylvania Ave. NW,
      Washington, DC 20500;

   b. Defendant Kristi Noem
      United States Department of Homeland Security
      Office of Chief Counsel
      245 Murray Lane
      Mail Stop 0485
      Washington, DC 02528;

    c. United States Department of Homeland Security
       Office of Chief Counsel
       245 Murray Lane
       Mail Stop 0485
       Washington, DC 02528;

    d. U.S. Attorney's Office for the District of Massachusetts
       1 Courthouse Way, Suite 9200
       Boston, MA 02210; and

    e. Attorney General of the United States
       U.S. Department of Justice
       950 Pennsylvania Avenue NW
       Washington, DC 20530.

2. All documents were sent certified mail, return receipt requested (**Exhibit A**).

I swear and affirm the foregoing upon best information and belief, under the pains and penalties of perjury this 31st day of March 2025.

*Sophia Hall*
_____
Sophia Hall