IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-cv-10498-RGS |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Haitian Americans United, Inc. ("HAU"), Venezuelan Association of Massachusetts ("VAM"), UndocuBlack Network Inc. ("UBN") and the four individual Plaintiffs respectfully submit this notice of supplemental authority to inform the Court of recent developments in the related case *National TPS Alliance et al. v. Kristi Noem et al.*, 25-cv-01766, in the Northern District of California. On March 31, 2025, the court in that case granted the plaintiffs' motion to postpone the Venezuela Vacatur and the Venezuela Termination. A copy of the decision is attached as **Exhibit A**.

1

|  |  |
|---|---|
| Dated: April 1, 2025 | Respectfully submitted,<br><br>*/s/ Mirian Albert*<br>Mirian Albert (BBO #710093)<br>Oren Sellstrom (BBO #569045)<br>Iván Espinoza-Madrigal (BBO # 708080)<br>Victoria Miranda (BBO #695913)<br>Lawyers for Civil Rights<br>61 Batterymarch Street, 5th Floor<br>Boston, MA 02110<br>malbert@lawyersforcivilrights.org<br>osellstrom@lawyersforcivilrights.org<br>iespinoza@lawyersforcivilrights.org<br>vmiranda@lawyersforcivilrights.org |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

        /s/*Mirian Albert*
      Mirian Albert (BBO #710093)