AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Haitiian-Americans United Inc., et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-10498 |
| Donald J. Trump, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants, in their official capacities                                                         .

Date:   05/05/2025

/s/ Catherine Ross
*Attorney's signature*

Catherine Ross D.C. Bar #90007404
*Printed name and bar number*

U.S. Department of Justice
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Address*

catherine.ross@usdoj.gov
*E-mail address*

(202) 451-7492
*Telephone number*

(202) 305-7038
*FAX number*

Print    Save As...    Reset