UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Case No. 25-cv-10498 |

**DEFENDANTS'** *ASSENTED-TO* **MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES**

Defendants, Donald J. Trump, in his official capacity as President of the United States, U.S. Department of Homeland Security ("DHS"), and Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, through undersigned counsel, hereby respectfully move this Court to allow Defendants to exceed the page length limitation set by Local Rule 7.1(b)(4) by no more than fifteen pages for Defendants' Motion to Dismiss Plaintiffs' Complaint.

On March 3, 2025, Plaintiffs filed a Complaint alleging that DHS and Secretary Noem violated the Administrative Procedure Act ("APA"), and that all Defendants violated the Equal Protection Clause of the Fifth Amendment, in vacating the prior extension of TPS for Venezuela granted by former Secretary Mayorkas, in subsequently terminating TPS for Venezuela, and in vacating the prior extension of TPS for Haiti granted by former Secretary Mayorkas. ECF No. 1. Defendants' deadline to file a response to the Complaint is May 6, 2025.

Local Rule 7.1(b)(4) requires that an opposition to a motion shall not, without leave of the court, exceed 20 pages double-spaced. To adequately respond to Plaintiffs' claims, Defendants

1

request no more than fifteen pages beyond the twenty-page limit set by Local Rule 7.1(b)(4). The additional pages are necessary to respond to Plaintiffs' serious allegations of unlawful conduct by the United States' government and set forth full argument in support of the Government's Motion to Dismiss.

The Parties have conferred and assent to the relief sought in this motion.

Dated: May 5, 2025                                      Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

SARAH L. VUONG
Assistant Director

/s/ *Catherine A. Ross*
CATHERINE A. ROSS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7082
Catherine.ross@usdoj.gov

*Attorneys for the Defendants*

## **CERTIFICATE OF SERVICE**

I, Catherine A. Ross, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  May 5, 2025               By:     */s/ Catherine A. Ross*
                                          Catherine A. Ross
                                          Trial Attorney

## **LOCAL RULE 7.1 CERTIFICATION**

      I, Catherine A. Ross, hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs have been consulted regarding this Motion and have assented to the relief requested herein.

Dated:  May 5, 2025                            By:     */s/ Catherine A. Ross*
                                                                         Catherine A. Ross
                                                                         Trial Attorney