UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 25-cv-10498 |

**JOINT MOTION TO EXTEND DEADLINES AND MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES AND TO PERMIT REPLY**

The parties, by and through undersigned counsel, hereby respectfully move this Court to extend the deadline for filing responses and replies.

On March 3, 2025, Plaintiffs filed a Complaint alleging that DHS and Secretary Noem violated the Administrative Procedure Act ("APA"), and that Defendants violated the Equal Protection Clause of the Fifth Amendment, in vacating the prior extension of TPS for Venezuela granted by former Secretary Mayorkas, in subsequently terminating TPS for Venezuela, and in vacating the prior extension of TPS for Haiti granted by former Secretary Mayorkas. ECF No. 1. On May 6, 2025, Defendants filed a motion to dismiss Plaintiffs' complaint. ECF No. 43. Plaintiffs' response to Defendants' Motion to Dismiss is due May 20, 2025, and Defendants' reply in support of the motion is due May 27, 2025.

The parties respectfully request that this Court extend Plaintiffs' response deadline to May 27, 2025, and Defendants' reply deadline to June 10, 2025.

1

The Parties also respectfully move this Court to grant Plaintiffs leave to exceed the page length limitation set by Local Rule 7.1(b)(4) by no more than ten pages for Plaintiffs' Opposition to Defendants' Motion to Dismiss. The Parties also move to allow Defendants to file a reply, not to exceed fifteen pages in length.

| | |
|---|---|
| Dated: May 9, 2025 | Respectfully submitted, |
| | |
| YAAKOV M. ROTH | S/ *Mirian Albert* |
| Acting Assistant Attorney General | MIRIAN ALBERT (BBO#710093) |
| Civil Division | Lawyers for Civil Rights |
| | 61 Batterymarch Street, 5th Floor |
| SARAH L. VUONG | Boston, MA 02110 |
| Assistant Director | malbert@lawyersforcivilrights.org |

/s/ *Catherine A. Ross*
CATHERINE A. ROSS (DC Bar No. 90007404)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7082
Catherine.ross@usdoj.gov

*Attorneys for the Defendants*

## **CERTIFICATE OF SERVICE**

I, Catherine A. Ross, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 5, 2025                    By:    */s/ Catherine A. Ross*
                                                    Catherine A. Ross
                                                    Trial Attorney

**LOCAL RULE 7.1 CERTIFICATION**

    I, Catherine A. Ross, hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs have been consulted regarding this Motion and have assented to the relief requested herein.

| | |
|---|---|
| Dated: May 5, 2025 | By:    */s/ Catherine A. Ross* <br>       Catherine A. Ross <br>       Trial Attorney |