UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*<br><br>Defendants. | Case No. 1:25-cv-10498 |

**CONSENT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.5.2(c)(2), undersigned counsel Luz Maria Restrepo respectfully seeks leave of court to withdraw as counsel of record in the above-captioned matter. As good cause, counsel states that she has been reassigned to a different workload and is no longer assigned to this case. Further, Defendants remain represented by other counsel of record in this matter. Moreover, undersigned counsel has conferred with counsel for Plaintiffs, who have consented to this motion.

DATED: June 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
U.S. Dep't of Justice, Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
U.S. Dep't of Justice, Civil Division

ELIANIS N. PÉREZ
Assistant Director

By: */s/Luz Maria Restrepo*

1

LUZ MARIA RESTREPO
Trial Attorney
U.S. Dep't of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-2443
Email: luz.maria.restrepo@usdoj.gov

*Counsel for Defendants*

## LOCAL RULE 7.1 CERTIFICATION

I, Luz Maria Restrepo, certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Plaintiffs, who consent to this motion.

Dated: June 18, 2025

*s/ Luz Maria Restrepo*
LUZ MARIA RESTREPO
*Trial Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on the Court and all parties by filing it with the Clerk of the Court through the CM/ECF system.

Dated: June 18, 2025

*s/ Luz Maria Restrepo*
LUZ MARIA RESTREPO
*Trial Attorney*

2