YAAKOV M. ROTH
Acting Assistant Attorney General
SARAH L. VUONG
Assistant Director
WILLIAM H. WEILAND
Senior Litigation Counsel
ANNA L. DICHTER
LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
AMANDA SAYLOR
ERIC SNYDERMAN
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-2405
Facsimile: (202)-305-7000
E-mail: Anna.L.Dichter@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

HAITIAN-AMERICANS UNITED, *et al.,*

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*

Defendants.

Case No. 1:25-cv-10498

**NOTICE OF PUBLICATION ON JUNE 27, 2025**

Judge: Hon. Richard G. Stearns

Defendants hereby provide notice to the Court of Secretary Noem's determination regarding Haiti's 2024 designation for Temporary Protected Status (TPS), which was published in the Federal Register Notice on Tuesday, July 1, 2025. *See Termination of the Designation of Haiti for Temporary Protected Status*, 90 Fed. Reg. 28760 (Jul. 1, 2025); *See also* 8 U.S.C. § 1254a(3)(A)-(B). In accordance with the statute, a determination regarding Haiti's designation for Temporary Protected Status (TPS) was made on or before June 4, 2025.[1] *See* 8 U.S.C. § 1254a(3)(A)-(B). As the determination was published on July 1, 2025, this Notice complies with the "timely basis" required by the statute. *Id*. Further, in accordance with 8 U.S.C. § 1254a(d)(3), this termination becomes effective at least 60 days from the date of publication, on September 2, 2025. Additionally, this notice extends the validity of Haitian TPS beneficiaries' documents through September 2, 2025. *See* 8 U.S.C. § 1254a(b)(3)(B).

The government notes that Plaintiffs' Complaint only challenges the legality of the Secretary's February 24, 2025 partial vacatur of Haiti's designation for Temporary Protected Status. *See* Compl. ¶¶ 148-153. Thus, the attached determination is not currently part of Plaintiffs' claim.[2]

Dated: July 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

SARAH L. VUONG

---

[1] The government attaches a copy of a Federal Register Notice of the Secretary of Homeland Security's determination.

[2] On July 1, 2025, in a case arising in the Eastern District of New York, Hon. Brian Cogan granted Plaintiffs' partial motion for summary judgment, setting aside the 2025 Haiti Partial Vacatur, and postponing it from taking effect until a final judgment is entered in the case. *See* Order Granting Pls.' Mot. to Postpone the Agency Action, *Haitian Evangelical Clergy Ass'n, et. al. v. Trump*, 1;25-cv-01464-BMC (E.D.N.Y. Jul. 1, 2025), ECF. No. 63.

Assistant Director (CA Bar. 258528)

WILLIAM H. WEILAND (BBO #661433)
Senior Litigation Counsel

ERIC SNYDERMAN (VA Bar 99563)
ANNA DICHTER (NJ Bar 304442019)
LAUREN BRYANT(NY Bar 5321880)
JEFFREY HARTMAN (WSBA 49810)
AMANDA SAYLOR (FL Bar 1031480)
Trial Attorneys

/s/ *Catherine Ross*
CATHERINE ROSS
Trial Attorney (DC Bar 9007404)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4404
Catherine.ross@usdoj.gov

Attorneys for the Defendants