IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-cv-10498(RGS) |

**NOTICE OF RELATED ACTION**

Pursuant to this Court's April 16, 2014, Standing Order, and supplementing the Notice filed on March 11, 2025(ECF No. 15), Plaintiffs Haitian Americans United, Inc. ("HAU"), Venezuelan Association of Massachusetts ("VAM"), UndocuBlack Network Inc. ("UBN") and four individual Plaintiffs hereby give notice of the following related action:

1. **Related Action(s) Information:**

    o **Case Name:** *Haitian Evangelical Clergy Association et al., v. Donald J. Trump et al.,* 25-CV-01464

    o **Forum:** U.S. District Court, Eastern District of New York

    o **Date of Commencement:** March 14, 2025

1

- **Parties:**
  - Plaintiffs: Haitian Evangelical Clergy Association; Service Employees International Union – Local 32BJ; Sabina Badio Florial; Youdelaine Dorcin; Robert Jean Alix Erinac; Rachelle Guirand; Dieu Yolnick Jeunen Cadet; Audoine Amazan; Gerald Michaud; Nadege Joseph Michaud; Marie Wildrigue Erinac Moit.
  - Defendants: Donald J. Trump; Kristi Noem; U.S. Department of Homeland Security ("DHS"); United States of America.
- **Claims:** Lawsuit challenging DHS's 2025 Haiti TPS Vacatur under the Administrative Procedure Act ("APA") and the Fifth Amendment's equal protection guarantee and Due Process Clause.
- **Current Status/Disposition:** Pending
  - On July 1, 2025, District Judge Cogan granted the Plaintiffs' Motion for Partial Summary Judgement and to Postpone Agency Action. The court also denied the Defendants' Motion to Dismiss in part and ordered the Plaintiffs to show cause why the remaining claims—Equal Protection, Due Process, and Administrative Procedure Act (arbitrary and capricious)—are not moot (ECF No. 63).

In compliance with the Court's Standing Order, Plaintiffs acknowledge the continuing duty to inform this Court of any related actions. If Plaintiffs become aware that any related action is

commenced or terminated, Plaintiffs will file a Supplemental Notice of Related Actions within fourteen (14) days of such event.

Dated:  July 8, 2025                                         Respectfully submitted,

/s/ Mirian Albert
Mirian Albert (BBO #710093)
Oren Sellstrom (BBO #569045)
Iván Espinoza-Madrigal (BBO # 708080)
Victoria Miranda (BBO #695913)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
malbert@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org
iespinoza@lawyersforcivilrights.org
vmiranda@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

          /s/*Mirian Albert*
      Mirian Albert (BBO #710093)