UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 25-cv-10498-RGS |

**JOINT PROPOSED BRIEFING SCHEDULE AND MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 20 PAGES, TO PERMIT REPLY, AND TO WAIVE LOCAL RULE 56.1 REQUIREMENT**

On March 3, 2025, Plaintiffs filed a Complaint against President Donald J. Trump, in his official capacity, the Department of Homeland Security ("DHS") and Secretary of Homeland Security Kristi Noem, in her official capacity, (collectively, "Defendants") alleging that Defendants violated the Administrative Procedure Act ("APA") and the Equal Protection Clause of the Fifth Amendment by vacating the prior extension of Temporary Protected Status ("TPS") for Venezuela, terminating TPS for Venezuela, and vacating the prior extension of TPS for Haiti. ECF No. 1. On May 6, 2025, Defendants filed a motion to dismiss Plaintiffs' complaint. ECF No. 43. Briefing on this motion concluded on July 10, 2025.

On July 1, 2025, Secretary Noem issued a notice terminating the designation of Haiti for TPS. On July 9, 2025, this Court entered an order stating that Plaintiffs have twenty-one (21) days (*i.e.*, until July 30, 2025) to amend their Complaint in light of Secretary Noem's July 1, 2025 determination. ECF No. 54.

Plaintiffs plan to file their Amended Complaint by July 30, 2025. Subsequently, Plaintiffs plan to move for partial summary judgment on the issue of whether Defendants have the authority to vacate prior extensions of TPS for Venezuela and Haiti. Defendants plan both to oppose this motion and to file a Motion to Dismiss Plaintiffs' Amended Complaint.

Accordingly, the parties, by and through undersigned counsel, jointly propose the following briefing schedule and ask for leave to exceed the page length limitation set by Local Rule 7.1(b)(4) as follows:

- Plaintiffs' brief in support of their Motion for Partial Summary Judgment. Not to exceed 30 pages: **August 15, 2025**.

- Defendants' combined brief (i) in Opposition to Plaintiffs' Motion for Partial Summary Judgment and (ii) in support of their Motion to Dismiss. Not to exceed 30 pages: **September 5, 2025.**

- Plaintiffs' brief (i) in Opposition to Defendants' Motion to Dismiss, not to exceed 30 pages, and (ii) Reply in Support of their Motion for Partial Summary Judgment, not to exceed 15 pages: **September 19, 2025.**

- Defendants' Reply in Support of their Motion to Dismiss. Not to exceed 15 pages: **October 3, 2025.**

Good cause exists for this request because the proposed briefing schedule and excess pages will promote judicial efficiency by combining what would otherwise be two separate briefing schedules. Finally, because Plaintiffs' Motion for Partial Summary Judgement will present legal questions about the authority of Defendants to vacate prior extensions of TPS, the parties respectfully request that the Court dispense with Local Civil Rule 56.1's requirement that motions

for summary judgment and oppositions thereto be accompanied by "a concise statement of the material facts of record" as to which each party "contends there is no genuine issue to be tried." The parties do not believe that such statements would assist the Court in the disposition of the Plaintiffs' forthcoming motion.

Dated:  July 25, 2025                                             Respectfully submitted,

| | |
|---|---|
| *BRETT SHUMATE* <br> Assistant Attorney General <br> Civil Division <br><br> *YAAKOV ROTH* <br> Principal Deputy Assistant Attorney General <br><br> *WILLIAM H. WEILAND* <br> Acting Assistant Director <br><br> *ANNA L. DICHTER* <br> Senior Litigation Counsel <br><br> /s/ Catherine A. Ross <br> CATHERINE A. ROSS (DC Bar No. 90007404) <br> Trial Attorney <br> U.S. Department of Justice, Civil Division <br> Office of Immigration Litigation <br> General Litigation and Appeals Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 <br> Tel: (202) 305-7082 <br> Catherine.ross@usdoj.gov <br><br> <u>Attorneys for the Defendants</u> | /s/ Mirian Albert <br> Mirian Albert, BBO #710093 <br> Oren Sellstrom (BBO # 569045) <br> Iván Espinoza-Madrigal (BBO # 708080) <br> Victoria Miranda (BBO #695913) <br> LAWYERS FOR CIVIL RIGHTS <br> 61 Batterymarch Street, Fifth Floor <br> Boston, MA 02110 <br> malbert@lawyersforcivilrights.org <br> osellstrom@lawyersforcivilrights.org <br> iespinoza@lawyersforcivilrights.org <br> vmiranda@lawyersforcivilrights.org <br><br> *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, Catherine A. Ross, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  July 25, 2025          By:     /s/Catherine Ross
                                       Catherine A. Ross
                                       Trial Attorney