IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | **ORAL ARGUMENT REQUESTED**<br><br>Civil Action No. 25-cv-10498-RGS |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Haitian Americans United, Inc. ("HAU"), Venezuelan Association of Massachusetts ("VAM"), UndocuBlack Network Inc. ("UBN") and four individual recipients of Temporary Protected Status ("TPS") hereby move for partial summary judgment against Defendants Department of Homeland Security ("DHS"), DHS Secretary Kristi Noem, and President Donald J. Trump (together, the "Defendants"), both in their official capacities.

The grounds for this Motion are set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment and accompanying declarations.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs request oral argument under L.R. 7.1(d). They wish to be heard and believe that oral argument may assist the Court.

1

Dated:  August 15, 2025

Respectfully submitted,

*/s/ Mirian Albert*
Mirian Albert (BBO #710093)
Oren Sellstrom (BBO #569045)
Iván Espinoza-Madrigal (BBO # 708080)
Victoria Miranda (BBO #695913)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
malbert@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org
iespinoza@lawyersforcivilrights.org
vmiranda@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non- registered participants.

       /s/*Mirian Albert*
Mirian Albert (BBO #710093)