IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-10498-RGS |

## DECLARATION OF GUSTAVO DOE

I, Gustavo Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

1. I am 32 years old and live in Brookline, Massachusetts.

2. I was born in Táriba, Venezuela.

3. I have been an active member of the Venezuelan Association of Massachusetts (VAM) since 2023, connecting with and supporting fellow immigrants as we navigate life in the U.S.

4. In January 2023, I arrived in the United States to participate in an intensive English language course.

5. In October 2023, I applied for Temporary Protected Status (TPS) for Venezuela.

1

6. Just two months after arriving, my life changed forever. In March 2023, I was struck by a car while crossing the street, leaving me with severe, long-term medical conditions, including near-total hearing loss.

7. I spent over two months hospitalized, undergoing a cochlear implant surgery on one of my ears. I still require rehabilitative care and am awaiting a second critical surgery on my other ear.

8. My mother, also a TPS recipient, moved to the U.S. in March 2023 to care for me. She is my only support system. Due to my medical condition, I was unable to work for a long time and depended entirely on my mother to survive.

9. The news that President Trump had rescinded the 2023 Venezuela designation has devastated me. It is more than a policy change—it is a direct threat to my life.

10. Without TPS, I may lose my health insurance and access to the medical care I desperately need. My second surgery, essential to my recovery, will become impossible to afford.

11. For example, I would lose access to my weekly medication for treating the damage to my pituitary gland caused by the car accident, which is likely unavailable in Venezuela. Additionally, I need regular check-ups with my doctor, who is monitoring my progress with the cochlear implant to determine the next steps for my upcoming surgery.

12. While Venezuela has skilled doctors, the country's medical system is in crisis. Hospitals lack basic supplies, medications, and functioning equipment. I would be left without the treatment I need to live with dignity.

13. Returning to Venezuela is not just a health risk—it is a danger to my safety. I previously worked for the government as a public defender during the beginning of the Maduro regime. If forced to return, I will likely be targeted as a political dissident, facing persecution or

worse. Every day that we are able to stay in the United States is one more day that keeps us from the intense dangers of Venezuela.

Signed under pains and penalty of perjury, this 12th day of August 2025.

*Gustavo Doe*
Gustavo Doe (Aug 14, 2025 21:44:45 EDT)
_____
Gustavo Doe

3