IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-10498-RGS |

## DECLARATION OF PASTOR DIEUFORT J. FLEURISSAINT

I, Dieufort J. Fleurissaint, make this declaration based on my personal knowledge. I declare under penalty of perjury that the following is true and correct:

1. I am the Executive Director of Haitian Americans United, Inc. (HAU), which is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 1550 Blue Hill Ave, Mattapan, MA 02126.

2. HAU is a nonprofit membership organization comprised of seventeen organizations that focus on improving the quality of life for Haitian immigrants and Haitian-Americans through education, community empowerment, and cultural development.

3. HAU's membership is free and open to organizations that align with its mission of serving the Haitian immigrant community. What distinguishes HAU's members is their active

1

participation in its programs, which provide access to vital resources and a strong network of support.

    4.    The HAU proudly unites organizations such as:

- Everett Haitian Community Center;
- Haitian American Public Health Initiatives (HAPHI);
- Haitian Artists Assembly of Massachusetts (HAAM);
- Haitian Parents Association; Haitian Youth Connection;
- Immigrant Family Services Institute, Inc. (IFSI-USA);
- Little Hearts Dream Foundation; Massachusetts Haitian Media;
- Organization Promotional Artist and Haitian Culture (OPAHC);
- The Association of Haitian Women in Boston (AFAB-KAFANM);
- True Alliance Center (TAC);
- U.S. Haitian Chamber of Commerce, Inc.;
- Youth and Family Enrichment Services, Inc. (YOFES);
- Haitian Community Partners (HCP);
- Haitian American Bar Association;
- Haitian Community in Worcester MA; and
- The Haitian American Business Expo.

    5.    As the leading Haitian organization in Greater Boston, home to the third-largest Haitian population in the United States, HAU plays a critical role in supporting immigrants and refugees. We host widely attended in-person events, advocacy programs, and cultural initiatives aimed at empowering the Haitian community and protecting its rights.

6. These events serve several key purposes: promoting civic education, advocating for the rights of Haitian immigrants and Haitian-Americans, and strengthening cultural, academic, and artistic initiatives. Additionally, HAU works to raise awareness of Haitian history, fostering a sense of pride and solidarity while providing practical resources and support for immigrants and refugees.

7. Through HAU's member organizations, there are thousands of Haitian immigrants in Massachusetts who are considered HAU members, many of whom are Temporary Protected Status (TPS) beneficiaries and depend on our work.

8. For example, "Christina Doe," is a 59-year-old Haitian immigrant and HAU member who arrived in the United States in 2022 with her two daughters, now 24 and 21 years old. Since 2023, all three have been TPS recipients. Christina's youngest daughter suffers from Kartagener syndrome, a rare pulmonary disease that requires ongoing medical care. She depends on multiple daily medications and two medical devices to manage her condition. Without TPS, she would lose access to this critical treatment in Haiti, where adequate care is unavailable—putting her life at serious risk.

9. "Nancy Doe" is a 53-year-old Haitian immigrant and HAU member who has lived in the United States since 2010. She and her two sons, now 26 and 32, have held TPS since 2010. Nancy works as a clinical assistant at a major Boston hospital and as a personal care assistant at an elderly care facility. She is also pursuing further education at a community college to advance her healthcare career. Without TPS, she would lose both jobs, her sons would be left unemployed, and she would struggle to afford basic necessities or continue her education.

10. Like Christina and Nancy, many HAU members and TPS holders are essential workers in Massachusetts' healthcare industry. Immigrants, especially Haitians, make up 40% of

frontline staff—including nurses, home health aides, and essential hospital workers who cared for the public during the pandemic and to present day.

11. Another example is "Jean Doe," a 27-year-old Haitian immigrant and HAU member who arrived in the United States in 2023 and obtained TPS in 2024. With employment authorization secured through TPS, Jean works as a cashier at a large retail store, where she has been recognized as a reliable, hardworking team player. She is also the mother of a 20-month-old U.S.-born child. Jean fears that without TPS, she will be forced to leave the country without her child, who is a U.S. citizen; she cannot fathom taking her child to Haiti due to the extreme insecurity and violence there. Her family in Haiti is currently under constant threats of violence. If she is forced to return to Haiti, she fears facing horrific violence—even death. Losing TPS would put her life at risk and tear her family apart.

12. Jean's story is not unique. Many HAU members have built their lives here, contributing to their communities and raising U.S. citizen children. Some have lived in the United States for decades, opening businesses, buying homes, and establishing deep roots. Now, they are confronted with the terrifying reality that their protections could disappear overnight.

13. Since the Trump Administration's actions, HAU has been inundated with calls from members in distress. Every day, our office hears from TPS holders who are terrified of being torn from their families and forced to return to a country plagued by violence and instability. For many, TPS is not just a policy—it is a matter of survival. For our members, each day they are allowed to remain here is another day of safety, free from the threats they would face if forced to return.

14. This fear extends far beyond individual families—it has seeped into every aspect of our community. Since the Trump Administration began its attacks on immigrant communities, including efforts to cut TPS protections for Haitians, HAU has seen a sharp decline in engagement.

Attendance at community events has plummeted. Parents who once eagerly participated in educational and cultural programs now hesitate, afraid that showing up could put them at risk. Even those seeking critical services, from legal aid to healthcare referrals, are withdrawing out of fear that any interaction could expose them to immigration enforcement. This is especially true of current TPS beneficiaries who are concerned that their TPS protection is being cut short.

15. The damage is already being felt, and it is profound. HAU exists to serve and uplift the Haitian community, but these policies have made it harder for us to even reach the people who need us most.

16. The hateful rhetoric coming from political leaders—like President Trump and Secretary Noem, who have spread dehumanizing lies about Haitians—has only deepened this fear. Haitian families in Massachusetts are now scared to walk the streets of their own neighborhoods, afraid of being harassed or targeted for simply existing.

17. We cannot allow this to continue. The rescission and termination of TPS for Haiti is not just an immigration policy—it is a cruel attack on families, on communities, and on the values that this country claims to uphold. Stripping TPS protections would not only force people into dire and life-threatening conditions but would also rip apart families and weaken the very fabric of our society. HAU stands in strong opposition to this inhumane decision, and we will continue to fight for the rights, safety, and dignity of Haitian immigrants and Haitian-Americans.

Signed under pains and penalty of perjury, this 12th day of August 2025.

*Dieufort J. Fleurissaint*
Dieufort J. Fleurissaint (Aug 14, 2025 11:36:01 EDT)
_____
Pastor Dieufort J. Fleurissaint