IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC., SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-10498-RGS |

### DECLARATION OF MARLENE DOE

I, Marlene Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

1. I was born in Haiti and I arrived in the United States in 2018 along with my husband and our son.

2. My husband, Sydney, and I married in 2008 in Haiti.

3. We have two sons: our eldest, born in Haiti, is now 17-years-old, and our youngest, born in the United States, is 6-years-old.

4. I earned a bachelor's degree in nursing while in Haiti and worked for years as a nurse until my family was forced to flee.

5. My husband worked as an auditor but the gangs in Haiti did not like what and how he was investigating. They started to harass and threated my husband. Eventually everyone closest to us started getting death threats.

1

6.      The most terrifying moment of my life was when my husband and son were stopped by gang members, who put a gun to my husband's head in front of our son. He was only 12 years old. I feared for all our lives. At that moment, I knew without a doubt that we had to get our son to safety in the United States as soon as possible—before it was too late.

7.      To escape the violence, my family fled to the United States in 2018.

8.      Since then, my husband's brothers, my mother, and my mother-in-law have also sought refuge in the U.S. and now live with us. Everyone, except for my youngest son, has TPS. We became TPS beneficiaries in 2020.

9.      Our home in Haiti is now in a gang-controlled area that we can never safely return to. Nor would I ever put my children in that type of danger.

10.     Since arriving in the United States, I have been able to use my nursing degree and background to care for the elderly. I became a Certified Nursing Assistant in 2019.

11.     I care for some of the most vulnerable members of society—the elderly—often when their families cannot be there. During the COVID-19 pandemic, I was on the front lines, working closely with elderly patients suffering from the virus.

12.     My husband and I own a three-family home in the Greater Boston area, which provides stability for our family and others. We raise our sons in this home, and it also houses my mother and in-laws. We rent the third floor to another family, offering them a safe place to live.

13.     My eldest son is currently a raising senior in high school and earns exemplary grades. He is excited about applying and attending college.

14.     My youngest son, a U.S. citizen, started kindergarten in Fall 2024. All his closest family members have TPS. The only reason we can remain together, providing him with a stable

and loving home, is because of TPS. If we lost it, he would be left without his family. I could never subject him to the extreme dangers of Haiti—a place he has never even known.

15. The thought of my family being torn apart, or worse my sons being separated based on where they were born and subjected to the current conditions in Haiti is something I cannot fathom.

16. There is nothing for us in Haiti but death. I fear that if we are forced to go back, my family would surely be killed there.

Signed under pains and penalty of perjury, this 12th day of August 2025.

_____
Marlene Doe (Aug 12, 2025 10:54:25 EDT)
Marlene Doe