IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-10498-RGS |

### DECLARATION OF NATALIA DOE

I, Natalia Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

1. I am 47 years old and live in Brookline, Massachusetts.

2. I was born in Cabimas, Venezuela.

3. I am a member of the Venezuelan Association of Massachusetts (VAM) since 2023.

4. I arrived in the United States in March 2023 to care for my son after a devastating car accident left him nearly deaf. He still requires ongoing medical treatment and specialized care.

5. In October 2023, I applied for Temporary Protected Status (TPS) for Venezuela.

6. After obtaining work authorization through TPS, I was able to obtain a job at a supermarket, where I work long hours to support my family.

7. While my son recovered, I was the primary breadwinner for my household, I ensured that my son could continue his medical treatment, afford basic necessities, and have a stable home.

8. I have learned through VAM that the Trump Administration has taken away TPS for Venezuela. This news was extremely alarming for me and my son.

9. If I lose my TPS protections, I could lose my job, making it impossible to pay for rent, food, or my son's medical needs. We would face eviction, homelessness, and the inability to access healthcare.

10. The thought of being forced to return to Venezuela fills me with fear. The healthcare system there is in crisis—lacking medical supplies, trained specialists, and reliable care. My son's condition requires advanced treatment that simply does not exist in Venezuela. Without it, his health would deteriorate, and his future would be bleak. Just within the next 6 months, for example, my son will be needing medications to treat the damage to his pituitary gland—a medication that is likely unavailable in Venezuela.

11. Beyond medical concerns, returning to Venezuela would put my family's safety at risk. Political instability, economic collapse, and rising violence make survival difficult, let alone living with a serious medical condition. Every day that we are able to stay in the United States is one more day that keeps us from the intense dangers of Venezuela.

12. My son and I have built a life here. We contribute, we follow the law, and we work hard. Stripping us of TPS right now would not only uproot our lives but also deny my son the chance to recover and thrive.

Signed under pains and penalty of perjury, this 12th day of August 2025.

*Natalia Doe*
Natalia Doe (Aug 14, 2025 22:06:29 EDT)

Natalia Doe