IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC., SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>  Defendants. | Civil Action No. 25-10498-RGS |

## DECLARATION OF SYDNEY DOE

I, Sydney Doe, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

1. I was born in Haiti and arrived in the United States in 2018 along with my wife and son.

2. My wife, Marlene, and I married in 2008 in Haiti.

3. We have two sons: our eldest, born in Haiti, is now 17-years-old, and our youngest, born in the United States, is 6-years-old.

4. I earned a bachelor's degree in accounting while in Haiti and worked as a senior auditor, where I was responsible of auditing international organizations and government spending.

5. My work required me to report financial findings to the public through television and radio. By investigating and exposing government spending, I put myself and my family at risk

of gang violence. The gangs made it clear that they wanted me to stop reporting, but I refused to abandon my duty.

6. Our lives were threatened by armed gang members. When my eldest was 12-years, a gang member put a gun to my head, while my son watched in the car. I feared not only for my own life but for my son's—afraid he would be kidnapped or killed. To this day, we are both deeply traumatized by that moment.

7. To avoid any further danger, my family fled to the United States in 2018.

8. Since then, three of my brothers, my mother and my mother-in-law have also fled Haiti and now live with us. We left behind everything we owned—our home, our belongings, and the lives we built—now trapped in a gang-controlled area where we can never safely return.

9. Everyone, except for my youngest son, has TPS. We became TPS beneficiaries in 2020.

10. Since arriving in the United States, I earned a master's degree in business administration and became a licensed real estate broker. Today, I own my own real estate firm where I have been able to help numerous families find homes. My background in accounting allows me to advise business and individuals on financial matters.

11. My wife and I own a three-family home in the Greater Boston area, providing stable housing for multiple tenants.

12. My eldest son is currently a raising senior in high school earning exemplary grades. He is excited about applying to college.

13. Our youngest son started kindergarten in the fall of 2024. He was born in the United States and is therefore a U.S. citizen.

14. Our family has built a life in the United States and contributed meaningfully to this country. It has been a beacon of hope and security for us.

15. I am an active and engaged member of my community. I have taken every opportunity to grow, learn, and use my skills to uplift others. Every day, I help individuals and families find housing and financial stability.

16. There is nothing for us in Haiti but death. If we were forced to return, my family would be at grave risk, like so many others. The termination of TPS would send thousands of people back to life-threatening conditions. And if TPS is revoked without giving us time to prepare, the consequences will be even more catastrophic.

Signed under pains and penalty of perjury, this 12th day of August 2025.

                                                              _____
                                                              Sydney Doe (Aug 12, 2025 10:53:53 EDT)
                                                              Sydney Doe