IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC., SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants. | Civil Action No. 25-10498-RGS |

## DECLARATION OF PATRICE LAWRENCE

I, Patrice Lawrence, make this declaration based on personal knowledge. I declare under penalty of perjury that the following is true and correct:

1. I am the Executive Director of the UndocuBlack Network, Inc. ("UBN"), which is a membership-based multigenerational non-profit organization of currently and formerly undocumented Black people. UBN fosters community, facilitates access to resources, and contributes to transforming the realities of its members so they can thrive and live their fullest lives.

2. UBN has members across the nation with chapters in New York, Los Angeles and Washington, DC. UBN serves thousands of immigrants through its organizational chapters with a national network across approximately thirty states, including Massachusetts.

1

3. To become a member of UBN, a potential member must complete a form, which is then vetted by UBN's community engagement team to ensure that they meet the requirements of membership (e.g., identifies as Black and is or was formally undocumented). UBN has numerous members who are TPS beneficiaries from Haiti.

4. UBN strives to create a safe and supportive community for its members. UBN provides its members access to resources concerning legal issues, mental wellness, health services, housing, work and education opportunities.

5. UBN dedicates its resources and staff to assist its members who are TPS beneficiaries. UBN conducts legal clinics in which members receive free legal services and support to complete their TPS and work authorization applications and renewals. UBN pays for members' filing fees as well.

6. UBN has many staff members who are well versed in the laws and policies regarding TPS. Since the organization's inception the staff has been able to use their years of expertise and experience to assist UBN members with applications for TPS, drivers' licenses, identification cards, and work permits. UBN has invested extensive resources, including funds and staff time, to assist our members with preparing to file TPS applications.

7. The rollback of TPS protections for Haitians would have a severe impact on UBN's members, especially given that 73% of Haitian TPS recipients reside in New York, Massachusetts, and Florida. Several UBN staff members were on the brink of filing UBN members' TPS applications under the most recent Haiti extension, which extended until February 2, 2026. As a result of the Administration's actions, ongoing application efforts have come to a sudden standstill—halting progress and shelving months of preparation.

8. Due to the Trump Administration's unprecedented action to revoke and terminate Haiti's TPS extension, UBN has been forced to divert our attention from our normal course of business to instead scramble to find answers for our members. UBN has had to conduct research and conference with other experts in the field to make sense of how the Administration's actions affect our members. Unfortunately given the uncertainty that has been created by the Trump Administration's actions, UBN is unable to give our members the answers they need.

9. Many UBN members are confused about what will happen with their drivers' licenses, Real IDs and work authorizations which were all scheduled for renewal at the same time Haiti's TPS was legally scheduled for renewal.

10. UBN is now reallocating its resources to assist its members and their mental welfare in the wake of the government's actions that will cause catastrophic damage that many of the members are not mentally and emotionally prepared for.

11. I am aware of many individual UBN members who are Haitian TPS beneficiaries and are affected by the Trump Administration's actions. The following UBN member falls into this category, identified by pseudonym and as she describes the particulars of her situation.

12. "Melissa Doe," a Haitian immigrant and UBN member in her forties, arrived in the United States in 2001. She has held TPS since 2012, along with work authorization. For over two decades, she has worked as a nurse in New York City—the United States is her home. Melissa now faces the devastating prospect of losing her legal ability to work, her livelihood, and the stability she has built over the past 20 years.

13. Currently, Haiti has no elected president, parliament, or local officials. Armed groups control 90% of Haiti's capital, Port-au-Prince, terrorizing civilians with widespread kidnappings, sexual violence, and indiscriminate killings. Last year at least 5,601 people were

killed in Haiti due to gang violence, which was over 1,000 more gang related killings than the previous year.

14. As of September 2024, nearly half the population, 5.5 million Haitians—require urgent humanitarian aid, with 1.6 million facing "catastrophic" food insecurity. Over 1,041,000 people have been internally displaced due to the ongoing gang violence and arson attacks.

15. The Trump Administration's actions have left many UBN members in a state of chaos. They have built their lives, families, careers and homes in the United States. Given the collapsed government and severely dangerous state of Haiti, they are afraid not just to lose the lives that they have established here in the United States, but that they may literally lose their lives if they are forced to return to Haiti. The shortening of the time until expiration of TPS protection also makes it much harder for beneficiaries to plan for what they will do when and if TPS protections expire for them.

Signed under pains and penalty of perjury, this 12th day of August 2025.

_P.S. Lawrence_
Patrice Lawrence (Aug 13, 2025 15:28:59 EDT)
Patrice Lawrence

4