AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| HAITIAN-AMERICANS UNITED, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10498 |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federation for American Immigration Reform   .

Date:  09/10/2025

s/ Matthew J. O'Brien
*Attorney's signature*

Matthew J. O'Brien, BBO 635162
*Printed name and bar number*
25 Massachusetts Ave., NW, Suite 330
Washington, D.C. 20001

*Address*

mobrien@fairus.org
*E-mail address*

(202) 328-7004
*Telephone number*

(202) 387-3447
*FAX number*