IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10498 |

**[PROPOSED] ORDER**

Before the Court is the unopposed motion of Federation for American Immigration Reform for leave to file a brief as *amicus curiae* in support of Defendant's motion to dismiss and dismissal. For the reasons set forth by the movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of September, 2025

_____
HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE