IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENE DOE; GUSTAVO DOE; and NATALIA DOE, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, <br><br> Defendants. | Civil Action No. 25-cv-10498(RGS) |

**PLAINTIFFS' *UNOPPOSED* MOTION FOR LEAVE TO
FILE A CONSOLIDATED BRIEF**

Plaintiffs Haitian Americans United, Inc. ("HAU"), Venezuelan Association of Massachusetts ("VAM"), UndocuBlack Network Inc. ("UBN") and the four individual Plaintiffs respectfully request leave to file a single consolidated brief, not exceeding 35 pages, as a reply in support of their motion for partial summary judgment (ECF No. 60) and in opposition to the motion to dismiss filed by Defendants Donald J. Trump, Kristi Noem, and the U.S. Department of Homeland Security ("DHS"). ECF No. 72.

1. On July 25, 2025, the Parties filed a joint proposed briefing schedule and leave to file excess pages. ECF No. 55. The Court granted this motion on July 28, 2025. ECF No. 56. The current schedule states Plaintiffs would file a separate reply (not to exceed 15 pages) and an opposition to Defendants' motion to dismiss (not to exceed 30 pages) by September 19, 2025.

1

2.  Rather than file two separate briefs, in the interest of efficiency and judicial economy, Plaintiffs seek to address all these issues in one consolidated brief, not to exceed 35 pages.

3.  On September 16, 2025, Plaintiffs' counsel emailed counsel for the Defendants seeking their position on this motion.

4.  On September 17, 2025, Defendants confirmed that they do not oppose Plaintiffs' request to file a single 35-page brief in lieu of two separate briefs.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file a single consolidated reply in support of their motion for partial summary judgment and opposition to Defendants' motions to dismiss, not exceeding 35 pages.

Dated: September 17, 2025

Respectfully submitted,

*/s/ Mirian Albert*
Mirian Albert (BBO #710093)
Oren Sellstrom (BBO #569045)
Iván Espinoza-Madrigal (BBO # 708080)
Victoria Miranda (BBO #695913)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
malbert@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org
iespinoza@lawyersforcivilrights.org
vmiranda@lawyersforcivilrights.org

## LOCAL RULE 7.1 CERTIFICATE

I certify that on September 16, 2025 I communicated with Defendants' attorneys in order to meet and confer regarding this matter. Defendants' position is set forth in the Motion.

                                                /s/*Mirian Albert*
                                                Mirian Albert (BBO #710093)

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                /s/*Mirian Albert*
                                                Mirian Albert (BBO #710093)