UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 25-cv-10498 |

**MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of all proceedings in the above-captioned case.

1.  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2.  Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.  Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings until Congress has restored appropriations to the Department.

4.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.	Opposing counsel has authorized counsel for the Government to state that the Plaintiffs consent to a stay of the most recent filing deadline, namely Defendants' Reply, rather than a stay of the entire case. Plaintiffs do not oppose an extension of the Reply deadline for a period equivalent to the length of the delay.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025	Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Deputy Assistant Attorney General

WILLIAM H. WEILAND
Acting Assistant Director

DANIEL CAPPELLETTI
LAUREN BRYANT
SHELBY WADE
ERIC SNYDERMAN
JEFFREY HARTMAN
ILANA KRAMER
LORI MACKENZIE
Trial Attorneys

/s/ *Catherine A. Ross*
CATHERINE A. ROSS

          U.S. Department of Justice, Civil Division
          Office of Immigration Litigation
          General Litigation and Appeals Section
          P.O. Box 868, Ben Franklin Station
          Washington, DC 20044
          Tel: (202) 305-7082
          Catherine.ross@usdoj.gov

*Attorneys for the Defendants*

## **CERTIFICATE OF SERVICE**

I, Catherine A. Ross, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  May 5, 2025                    By:     */s/ Catherine A. Ross*
                                               Catherine A. Ross
                                               Trial Attorney

**LOCAL RULE 7.1 CERTIFICATION**

      I, Catherine A. Ross, hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs have been consulted regarding this Motion and have assented to the relief requested herein.

Dated: October 1, 2025                                  By:   */s/ Catherine A. Ross*
                                                                          Catherine A. Ross
                                                                          Trial Attorney