BRETT SHUMATE
Assistant Attorney General
 YAAKOV M. ROTH
Deputy Assistant Attorney General Civil Division
WILLIAM H. WEILAND
Acting Assistant Director
LORI MACKENZIE
ILANA KRAMER
LAUREN BRYANT
JEFFREY HARTMAN
CATHERINE ROSS
SHELBY WADE
DANIEL CAPPELLETTI
ERIC SNYDERMAN
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.,*<br><br>Defendants. | Case No. 1:25-cv-10498<br><br>**NOTICE**<br><br>Judge: Hon. Richard G. Stearns |

On October 2, 2025, the Court issued its order staying these proceedings and providing that "[u]pon lifting of the stay, these deadlines will automatically be extended commensurate with the duration of the lapse in appropriations." ECF No. 83, Minute Order (October 2, 2025). On November 12, 2025, Congress passed a new funding bill which the President signed into law (Pub. L. No. 119-37). Consequently, Defendants respectfully request the Court to lift the stay of the above-captioned case. In accordance with the Court's stay order, the deadline to file Defendant's reply is now December 26, 2025, because it was tolled for 43 calendar days—the total length of the lapse in federal appropriations.

| | |
|---|---|
| Dated: June 27, 2025 | Respectfully submitted, |
| | BRETT SHUMATE<br>Assistant Attorney General |
| | YAAKOV M. ROTH<br>Deputy Assistant Attorney General Civil Division |
| | WILLIAM H. WEILAND<br>Acting Assistant Director |
| | LORI MACKENZIE<br>ILANA KRAMER<br>LAUREN BRYANT<br>JEFFREY HARTMAN<br>SHELBY WADE<br>DANIEL CAPPELLETTI<br>ERIC SNYDERMAN<br>Trial Attorneys |
| | /s/ Catherine Ross<br>CATHERINE ROSS<br>Trial Attorney (DC Bar 9007404)<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4404<br>Catherine.ross@usdoj.gov |
| | Attorneys for the Defendants |