UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAITIAN-AMERICANS UNITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-10498 |

## NOTICE AND CONSENTED TO REQUEST TO WITHDRAW APPEARANCE

Pursuant to LCvR 83.5.2, undersigned counsel William H. Weiland respectfully provides notice of his transfer to another component within the Department of Justice and requests leave of the Court to withdraw his appearance as counsel for Defendants in this case. Good cause supports this withdrawal, as counsel is transferring from the Office of Immigration Litigation in the Civil Division to the U.S. Attorney's Office for the Southern District of West Virginia. The undersigned conferred via e-mail with counsel for Plaintiffs, who stated that they consent to this request. Other counsel from the U.S. Department of Justice continue to represent Defendants in this matter.

DATED: November 25, 2025                Respectfully Submitted,

BRETT A. SHUMATE                        /s/ *William H. Weiland*
Assistant Attorney General              Acting Assistant Director
                                        Office of Immigration Litigation
DREW C. ENSIGN                          Civil Division
Deputy Assistant Attorney General       U.S. Department of Justice
                                        P.O. Box 868, Ben Franklin Station
GLENN M. GIRDHARRY                      Washington, DC  20044
Deputy Director                         (202) 598-5622
                                        william.h.weiland@usdoj.gov

1