AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Haitian-Americans United Inc., et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10498 |
| Donald J. Trump, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants, in their official capacities                              .

Date:   12/08/2025                                        /s/ Sarah Welch
                                                         *Attorney's signature*

                                                         Sarah Welch, OH 99171
                                                         *Printed name and bar number*
                                                         U.S. Department of Justice
                                                         Civil Division
                                                         950 Pennsylvania Ave. NW
                                                         Washington, DC 20530
                                                         *Address*

                                                         sarah.e.welch@usdoj.gov
                                                         *E-mail address*

                                                         (202) 514-3180
                                                         *Telephone number*

                                                         (202) 305-7038
                                                         *FAX number*