**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC., et al., | |
| *Plaintiffs*, | Case No. 25-cv-10498 |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

**NOTICE AND CONSENTED TO REQUEST TO WITHDRAW**
**APPEARANCE**

Pursuant to LCvR 83.5.2, undersigned counsel Catherine Ross respectfully provides notice of resignation from the Department of Justice and requests leave of the Court to withdraw his appearance as counsel for Defendants in this case. Good cause supports this withdrawal, as counsel is no longer employed by the United States Department of Justice and can no longer represent the government agencies party to this case. The undersigned conferred via e-mail with counsel for Plaintiffs, who stated that they consent to this request. Other counsel from the U.S. Department of Justice continue to represent Defendants in this matter.

Dated: August 5, 2026

Respectfully submitted,

/s/ *Catherine A. Ross*
CATHERINE A. ROSS
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Catherine.ross@usdoj.gov

1

*Attorneys for the Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I, Catherine A. Ross, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  August 5, 2026

By:    */s/ Catherine A. Ross*
Catherine A. Ross
Trial Attorney

**LOCAL RULE 7.1 CERTIFICATION**

I, Catherine A. Ross, hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs have been consulted regarding this Motion and have assented to the relief requested herein.

Dated:  October 1, 2025                                                     By:      */s/ Catherine A. Ross*
                                                                                      Catherine A. Ross
                                                                                      Trial Attorney