**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HAITIAN-AMERICANS UNITED INC.; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; UNDOCUBLACK NETWORK, INC.; SYDNEY DOE; MARLENEDOE; GUSTAVO DOE; and NATALIA DOE,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br>Defendants. | Civil Action No. 25-cv-10498 |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that, effective October 1, 2026, the address for undersigned counsel will change as follows:

**New Address:**
141 Tremont Street
2nd Floor
Boston, MA 02111

**Former Address:**
61 Batterymarch Street
5th Floor
Boston, MA 02110

All other contact information, including telephone number and email address, remains unchanged. Please update the docket and all records accordingly.

Respectfully submitted,

__/s/_*Victoria S. Miranda*________
Victoria S. Miranda (BBO No. 695913)
Lawyers for Civil Rights
141 Tremont Street, Second Floor
Boston, MA 02111
T: (617) 988-0642
E: vmiranda@lawyersforcivilrights.org

Dated: September 15, 2026

**Certificate of Service**

I hereby certify that on September 15, 2026 a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Victoria S. Miranda*
Victoria S. Miranda